# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  20-cr-02150-JLS |
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| LEWIS ANDREW GARCIA, | **ORDER** |
| Defendant. | |

Pursuant to the joint motion filed, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for October 16, 2020, be continued to November 20, 2020 at 1:30 p.m., before Honorable Janis L. Sammartino.

Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  October 14, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge