UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  20-cr-02150-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| LEWIS ANDREW GARCIA, | |
| Defendant. | |

Pursuant to the joint motion filed, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for November 20, 2020, be continued to December 18, 2020 at 1:30 p.m., before Honorable Janis L. Sammartino. Time will be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

**SO ORDERED.**

Dated:  November 17, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge